IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00254 |
| | ) | Judge Trauger |
| [2] LUIS ALBERTO RUIZ | ) | |

**O R D E R**

It is hereby **ORDERED** that the Clerk shall file the attached letter, received from Jerry Easom, who testified at the suppression hearing held in this case on April 14, 2011.

It is so **ORDERED**.

ENTER this 25th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge